IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 17-cr-30181-SMY-1 |
| JASON A. WILLIAMS, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge**

This matter comes before the Court on Defendant Jason A. Williams' *pro se* Motion for Sentence Clarification (Doc. 70). "Representation by counsel and self-representation are mutually exclusive" *Cain v. Peters*, 972 F.2d 748, 750 (7th Cir. 1992). As such, a litigant does not have a right to file his own motions when he is represented by counsel and any such motion filed will be stricken as improper. *See Hayes v. Hawes*, 921 F.2d 100, 102 (7th Cir. 1990) (*per curiam*); *United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998).

Assistant Federal Public Defender Melissa A. Day entered an appearance on behalf of Williams on July 1, 2020 (Doc. 69). Accordingly, the Court **DIRECTS** the Clerk of Court to **STRIKE** Williams' *pro se* filing (Doc. 70). Williams should contact the Federal Public Defender's office for a status update on his case.

**IT IS SO ORDERED.**

**DATED:** April 5, 2021

**STACI M. YANDLE**
**United States District Judge**